**UNITED INTERNATIONAL INVESTIGATIVE SERVICES, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–5093.**

United States Court of Appeals, Federal Circuit.

Jan. 5, 2004.

*ORDER*

On November 25, 2003, the court issued an order allowing United International In-

vestigative Services, Inc. ("UIIS") 30 days to obtain new counsel, and for said counsel to file an entry of appearance on behalf of UIIS. UIIS has failed to comply with that order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.